UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKO J. RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KGET CHANNEL 17 NEWS,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00737-HBK (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT<br><br>(Doc. No. 1) |

Plaintiff Niko Ramirez, a prisoner, initiated this action by filing a pro se civil rights complaint on May 12, 2023. (Doc. No. 1, Complaint). Upon review, the Court notes the Complaint is unsigned. (Doc. 1 at 8). Because the Court cannot consider unsigned filings, the Complaint must be stricken. Fed. R. Civ. P. 11(a); L.R. 131(b). L.R. 131(b). *See, e.g., West v. Hulbert*, 2016 WL 2854416, at *1 (E.D. Cal. May 16, 2016); *Anderson v. Krpan,* 2015 WL 402086, at *2 (E.D. Cal. Jan. 29, 2015).

Accordingly, it is ORDERED:

1. The Clerk shall STRIKE Plaintiff's Complaint (Doc. No. 1) from the docket.
2. Within thirty (30) days of the date on this Order, Plaintiff shall file a complaint that is signed under penalty of perjury.
3. The Clerk of Court shall include a prisoner civil rights complaint form for Plaintiff's use in filing his complaint.

4. Plaintiff's failure to timely comply with this Order will result in the undersigned recommending the district court dismiss this case for Plaintiff's failure to comply with a Court order and prosecute this action.

Dated:   May 14, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE